# EXHIBIT A

RHONDA L. LANFORD
CIRCUIT COURT, BR. 18

STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY
BRANCH
2013 AUG 14  PM 1: 44

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS, INC.,
a Wisconsin Non-Profit Corporation
600 Highland Avenue
Madison, WI 53792,

                            Plaintiff,         Case No.    **13CV2631**
                                               Other Contracts: 30303
vs.

UPPER PENINSULA HEALTH PLAN, LLC,
a Michigan Limited Liability Company
228 West Washington Street              THIS IS AN AUTHENTICATED COPY OF THE
Marquette, MI 49655,                    ORIGINAL DOCUMENT FILED WITH THE DANE
                                        COUNTY CLERK OF CIRCUIT COURT.

                            Defendant.
                                               CARLO ESQUEDA
                                               CLERK OF CIRCUIT COURT

**SUMMONS**

**THE STATE OF WISCONSIN**

**To the Entity named above as a Defendant:**

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal

action against you. The Complaint, which is attached, states the nature and basis of the legal

action.

Within forty-five (45) days of receiving this Summons, you must respond with a written

Answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The

Court may reject or disregard an Answer that does not follow the requirements of the Statutes.

**The Answer must be sent or delivered to the Court, whose address is City-County Building,**

**215 South Hamilton Street, Madison, WI 53703, and to Plaintiff's attorneys, Neuberger,**

1

Wakeman, Lorenz, Griggs & Sweet, whose address is 136 Hospital Drive, Watertown, Wisconsin, 53098. You may have an attorney help or represent you.

If you do not provide an Answer within forty-five (45) days, the Court may grant Judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A Judgment may be enforced as provided by law. A Judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

**If you require assistance of auxiliary aids or services because of a disability, call (608) 266-4678 (TDD (608) 266-9138) and ask for the Court ADA Coordinator.**

Dated this _13_ day of August, 2013.

NEUBERGER, WAKEMAN,
LORENZ, GRIGGS & SWEET
Attorneys for Plaintiff University of
Wisconsin Hospital and Clinics, Inc.

By

Mark S. Sweet, SB No. 1019001
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630
FAX: 920-261-0339

2

STATE OF WISCONSIN         CIRCUIT COURT         DANE COUNTY
                           BRANCH
                           2013 AUG 14  PM 1:44

UNIVERSITY OF WISCONSIN                    CIRC    COURT
HOSPITAL AND CLINICS, INC.,                DANE       CITY W
a Wisconsin Non-Profit Corporation
600 Highland Avenue
Madison, WI 53792,

                                           **13CV2631**

                    Plaintiff,            Case No.
                                          Other Contracts: 30303
vs.

UPPER PENINSULA HEALTH PLAN, LLC,
a Michigan Limited Liability Company
228 West Washington Street
Marquette, MI 49655,

THIS IS AN AUTHENTICATED COPY OF THE
ORIGINAL DOCUMENT FILED WITH THE DANE
COUNTY CLERK OF CIRCUIT COURT.

                    Defendant.

CARLO ESQUEDA
CLERK OF CIRCUIT COURT

                    **COMPLAINT**

    **NOW COMES** the Plaintiff, University of Wisconsin Hospital and Clinics, Inc.,

by and through its attorneys, Neuberger, Wakeman, Lorenz, Griggs & Sweet, by Mark S.

Sweet, to file the following Complaint in Civil Action, and in support thereof avers the

following:

    1.    The Plaintiff, University of Wisconsin Hospital and Clinics, Inc., is a

        Wisconsin Non-Profit Corporation that operates a hospital located in Dane

        County at 600 Highland Avenue, Madison, Wisconsin 53792.

    2.    Defendant, Upper Peninsula Health Plan, LLC (hereinafter "UPHP"), is a

        Michigan Limited Liability Company that has a business address of 228

        West Washington Street, Marquette, MI 49655, and regularly,

1

systematically, and continuously provides health insurance coverage and conducts other aspects of insurance related business in the State of Wisconsin and in Dane County, Wisconsin.

3.   Austin Wells was a minor individual residing with his parent and natural guardian, Crystal Wells, at N16335 Number 4 Lane, Hermansville, MI 49847.

4.   At all times pertinent hereto, Defendant UPHP provided health insurance to Austin Wells as an insured under a policy, which contract bore the subscriber identification number 0020101918.  (A copy of said policy is in the possession of the Defendant and is therefore not attached hereto).

5.   Plaintiff's hospital is the third party beneficiary of the contract of insurance between Defendant UPHP and Austin Wells.

6.   Pursuant to said contract between Austin Wells and the Defendant, the Defendant is obligated to pay for healthcare services.

7.   Austin Wells was a ten-year old patient with a medical history including liver and intestinal implants for gastroschisis, and on January 4, 2013, was transferred via Med Flight from Marquette, Michigan to Plaintiff's hospital in Wisconsin.

8.   Shortly after admission into Plaintiff's hospital, Austin Wells suffered cardiac arrest, and died January 6, 2013.

9.   Plaintiff submitted its bill in the amount of $87,998.09 to Defendant for charges incurred in the treatment of Austin Wells on dates of service from January 4, 2013 – January 6, 2013.

2

10. Defendant UPHP denied coverage for the emergency treatment and services rendered to Austin Wells, due to the technicality that Defendant, UPHP, requires notification of all emergent/urgent admissions within one (1) business day of admission.

11. Amidst caring for Austin Wells, Plaintiff tried to obtain insurance information from Austin Wells' parents so that the Plaintiff could notify the insurance company of the emergency treatment and services it was rendering to Austin Wells.

12. Plaintiff notified Defendant UPHP of the emergency admission of Austin Wells to the Plaintiff's hospital on January 9, 2013 by way of a voicemail message, and received a call back from Defendant on January 10, 2013.

13. On January 10, 2013, the Plaintiff was told about the penalty for late notification, which allowed the Defendant, UPHP, to escape payment for the treatment and services rendered to its insured.

14. Following Defendant's denial of payment for late notification of an emergent/urgent admission, Plaintiff submitted an appeal and supporting medical documentation on March 20, 2013 on the grounds that the Plaintiff was unable to verify insurance information for Austin Wells within the one (1) day allowed for notification by Defendant, UPHP (*See* Plaintiff's attached, Exhibit "A").

15. On April 13, 2013, Defendant upheld its denial entitled "Technical Denial –Notification not received timely," and further indicated that the Plaintiff had reached the final level of appeal with the Defendant. (*See* Plaintiff's

attached, Exhibit "B").

16.   To date, the Plaintiff's outstanding hospital bills remain $87,998.09.

17.   To date, the Defendant has not made payment of the amount owed in spite
      of having all necessary information indicating that it has an obligation to
      make payment to the Plaintiff in full.

**COUNT I**
**BREACH OF CONTRACT IMPLIED IN FACT**

18.   Paragraphs one (1) through and including seventeen (17) are hereby
      incorporated by reference as if fully set forth herein.

19.   The course of conduct between the parties gives rise to a contract implied
      in fact.

20.   The Plaintiff reasonably expected to be compensated in return for the
      services rendered to the Defendant's insured, Austin Wells.

21.   The Defendant knew that the Plaintiff expected compensation in return for
      the services provided to its insured, as evidenced by the parties' course of
      conduct, course of dealing, and the communication described above.

22.   The Defendant intentionally and materially breached its obligations and
      duties by failing to remit payment of the $87,998.09 presently owed for
      urgent and medically necessary treatment of its insured.

**COUNT II**
**QUASI CONTRACT AND UNJUST ENRICHMENT**

23.   Paragraphs one (1) through and including twenty-two (22) are hereby
      incorporated by reference as if fully set forth herein.

24.   In the alternative, should this Court find that the parties are not in an

4

implied-in-fact contract with one another, the course of conduct, course of dealing, and communication between the parties give rise to a quasi contract.

25. A duty should be imposed on the Defendant to pay the reasonable value for the services the Plaintiff performed for the benefit of the Defendant's insured, Austin Wells.

26. The Plaintiff conferred the benefit of the full value of the medical treatment provided to Defendant's insured, Austin Wells.

27. The Defendant has gained the benefit of Plaintiff's medical services, to the detriment of the Plaintiff who remains unpaid.

28. It would be unjust for the Defendant to retain the value of these services without payment of their full value.

## COUNT III
## BREACH OF IMPLIED COVENANT OF GOOD FAITH

29. Paragraphs one (1) through and including twenty-eight (28) are hereby incorporated by reference as if fully set forth herein.

30. The Plaintiff has a valid assignment from Austin Wells' mother, Crystal Wells, and is asserting her right to recover benefits under the contract for health care coverage for her minor son, Austin Wells, between the Defendant and Austin Wells.

31. The Defendant intentionally and materially breached its obligations and duties arising under implied covenant of good faith, in some or all of the following particulars:

5

a.  In failing to make proper reimbursement of claims when its obligation to make payment became reasonably clear;

b.  In failing to fairly evaluate the patient's claims;

c.  In dilatory and abusive claims handling practices; and

d.  In placing unduly restrictive and self-serving interpretations on the processing of the claims and through its claims handling practices.

## COUNT IV
## INTEREST UNDER WIS. STAT. § 628.46

32.  Paragraphs one (1) through and including thirty-one (31) are hereby incorporated by reference as if fully set forth herein.

33.  Plaintiff furnished repeated written notice of the medical bills incurred in the treatment of Defendant's insured.

34.  To date, full payment has not been received by the Plaintiff.

35.  The Plaintiff is due interest at the rate of 12% per year on the overdue amount of $87,998.09.

**WHEREFORE,** the Plaintiff demands judgment as follows:

**As to Count I, II, and III** judgment against the Defendant, Upper Peninsula Health Plan, LLC, in an amount to be determined at the time of trial, plus interest thereon.

**As to Count IV,** judgment against the Defendant, Upper Peninsula Health Plan, LLC:

1.  In an amount to be determined at the time of trial, plus interest thereon;

6

2.  Pre-judgment interest at the rate of 12%, plus reasonable attorney's fees, cost and disbursements associated with this action pursuant to Wis. Stat. Sec. 628.46; and

3.  Any further relief the Court deems just and equitable.

**PLAINTIFF DEMANDS A TRIAL BY A JURY OF TWELVE.**

Dated this _13_ day August, 2013.

NEUBERGER, WAKEMAN,
LORENZ, GRIGGS & SWEET
Attorneys for Plaintiff University of
Wisconsin Hospital and Clinics, Inc.

By _____
Mark S. Sweet, SB No. 1019001
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630
FAX: 920-261-0339

7

March 20, 2013

TECHNICAL DENIAL APPEALS
UPPER PENINSULA HEALTH PLAN
228 W. WASHINGTON
MARQUETTE, MI 49855

Re:              Austin M Wells
MRN:             1791077
Subscriber ID #: 0020101918
Claim ICN #:     UB020513P2E0333
Date of Birth:   06/25/2002
Dates of Service: 01/04/2013 - 01/06/2013

Dear Appeals Department:

We would like to request an appeal on behalf of the University of Wisconsin Hospital
and Clinics (UWHC) for technical denial issued for no referral for this hospital stay for
Austin Wells.

Austin was a 10 year old boy with a history of liver/intestinal transplant for gastroschisis
who was transferred on Friday, 1/4/13, via Med Flight from Marquette, Michigan with
complaints of nausea, vomiting and abdominal pain. Shortly after admission he suffered a
cardiac arrest and despite our best efforts, he expired on 1/6/13.

As we understand it, UWHC has been penalized for late notification. Before we could
notify UPHP of the admission, we needed to determine from the parents if there had been
any changes in insurance at the beginning of the new year. Obviously, it was difficult
under the circumstances to obtain that information while their son was dying. We were
eventually able to talk to the family and notified Michigan MA on 1/9/13 via voice mail.
We got a call back on 1/10/13 from Meredith (800-835-2556) indicating that the patient
was active. She then transferred us to Chris who told us about the penalty. Under the
circumstances, we do not believe the late notification penalty was warranted.



EXHIBIT

*A*

Copies of the Admission H&P and the Discharge Summary are being sent along with this appeal letter. Please review and send a letter with the outcome of this appeal to:

UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS
DENIAL MANAGEMENT
600 HIGHLAND AVENUE, RM E5/260 MC 2403
MADISON, WI 53792-2490

Thank you for your assistance with this matter. If you have any questions, contact us at (608) 890-6638.

Sincerely,



Jerald A. Collins, RN
Denial Management Coordinator


Printable Report


**Hospital Encounter**   Austin M Wells (EPIC MRN: 51533857, PPD MRN: N/A, UWHC MRN: 1791077) DOB: 6/25/02, AGE at DOS: 10 year old, SEX: M


H&P signed by Anthony M D'Alessandro, MD at 01/05/13 1146

| Author: | Anthony M D'Alessandro, MD | Service: | LIVER TRANSPLANT | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 01/05/13 1146 | Note Time: | 01/04/13 2104 | Note Type: | H&P |
| Related Notes: | Original Note by: Kasi R McCune, MD filed at 01/05/13 0332 | | | | |

**History and Physical Exam Note**

Patient : Austin M Wells; 10 year old MRN# 1791077
Location: PS54 Rm:PS5424
Primary Service: PEDIATRIC TRANSPLANT - Attending: Anthony M D'Alessandro, *
Admit Date: 1/4/2013

**Principal problem:** Vomiting

**History of Present Illness:** Austin is a 10 yr male with a h/o liver/intestinal transplant for gastroschisis in 2004 who presents today with fever, nausea, vomiting without increased

stooling. This history was obtained by Austin, as his parents were out of the room during the interview. He states that he began vomiting at midnight yesterday. He has been able to tolerate his medications and sips of ice cold water. He has still been making urine. He has not noted increased ostomy output, but also has not been obstipated. He states he is having some crampy abdominal pain, and indicate his LLQ. He has had a cough, and other people in his family have been sick.

OSH records from transfer have one H/P dated 11/12 reporting an illness that had been present for 1 week, including n/v/low grade fever and oliguria after sick contacts.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Pancreas transplantation | |
|    *also small bowel transplant* | |
| • Liver transplant | |
| • GI bleed | |
|    *d/t variceal hemorrhage* | |
| • Short gut syndrome | |
| • HTN | |
| • COPD | |
| • Malabsorption | |
| • Norwalk virus | |
|    *recurrent infections* | |
| • Renal insufficiency | |
|    *with proteinuria* | |
| • End-stage liver disease | |
| • Pneumonia | |
| • Infection, Klebsiella | |
|    *line sepsis* | |
| • AVN (avascular necrosis of bone) | |
|    *L femoral epiphysis* | |
| • FTND (full term normal delivery) | |
|    *37 weeks born in WI* | |
| • Esophageal reflux | 3/19/2012 |
| • Short stature | |
| • Asthma | 8/16/2011 |
| • Recurrent sinusitis | |

**Past Surgical History**

| Procedure | Date |
|---|---|
| • Hx liver transplant | |
| • Hx pancreas transplant | |
|    *also small bowel* | |
| • Circumcision | |
| • Repair of hydrocele,tunica | |
|    *R side* | |
| • Rpr ingun hrna sliding any age | |
|    *R side* | |
| • Abdomen, laparotomy, exploratory | 9-3-2002 |
|    *+ Hickman placement EZ Miller 0 3.0 uncuffed* | |
| • Hx adenoidectomy | 8/23/2011 |

**Prescriptions prior to admission**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amlodipine (NORVASC) 2.5 MG tab | Take 2 tablets in the AM and 1 tablet in the PM | 90 tab | 11 |
| • amoxicillin (AMOXIL) 875 MG TABS | Prior to dental appointments | | |
| • Calcium Carbonate-Vitamin D 600-400 MG-UNIT per tab | Take 1.5 tabs by mouth one time daily. | | |
| • cholecalciferol (VITAMIN D) 1000 UNITS tab | Take 1 tab by mouth one time daily. | 30 tab | 3 |
| • cloNIDINE (CATAPRES) 0.1 MG tab | Take by mouth. 1/2 tablet at bed time | | |
| • cloNIDINE (CATAPRES) 0.1 MG/24HR weekly patch | Apply to skin. 1 patch on Sundays and 1 patch on Thursdays | | |
| • diphenoxylate-atropine (LOMOTIL) 2.5-0.025 MG per tab | Take 2 tabs by mouth 4 times daily. | 240 each | 11 |
| • doxazosin (CARDURA) 1 MG tab | Take 1 mg by mouth one time daily at bedtime. | | |
| • Fe Asp Gly-Succ-C-Thre-B12-FA (MULTIGEN FOLIC) 70-150-2-1 MG per tab | Take 1 tab by mouth one time daily. | 90 tab | 1 |
| • fluticasone-salmeterol (ADVAIR HFA) 115-21 MCG/ACT Inhaler | Inhale 2 puffs 2 times daily. With spacer. Rinse mouth. | 1 Inhaler | 11 |
| • loperamide (IMODIUM) 2 MG tab | Take 2 tabs by gastric tube 4 times daily. | 240 each | 12 |
| • magnesium oxide (MAG-OX) 400 MG tab | Take 2 tabs by mouth 2 times daily. Take at 1200 and 1600 | 120 each | 11 |
| • Methylphenidate HCl (RITALIN LA) 10 MG 24hr ER cap | Take 10 mg by mouth one time daily. | | |
| • Mometasone Furo-Formoterol Furn (DULERA) 200-5 MCG/ACT inhaler | Inhale 2 puffs twice a day with spacer. Rinse mouth | 1 Inhaler | 12 |
| • MULTIVITAMIN PO | 1 tab daily | | |
| • omeprazole (PRILOSEC) 20 MG ER cap | Take 20 mg by mouth 2 times daily. | | |
| • penicillin V potassium (VEETID) 250 MG tab | Take 1 tab by mouth 2 times daily. | 60 tab | 11 |
| • prednisone (DELTASONE) 2.5 MG tab | Take 1 tab by mouth one time daily. | 30 each | 11 |
| • propranolol (INDERAL) 20 MG tab | Take 1 tab by mouth 2 times daily. | 60 each | 11 |
| • Somatropin (NORDITROPIN FLEXPRO) 10 MG/1.5ML injection | Inject 1.2 mg under skin one time daily. | 6 mL | 11 |
| • sulfamethoxazole-trimethoprim (BACTRIM) 400-80 MG per | Take 1 tab by mouth 3 times per week. | 12 each | 12 |

| tab | | | |
|---|---|---|---|
| • tacrolimus 0.5 MG cap | Take 1 cap by mouth 2 times daily. | 60 cap | 11 |
| • VENTOLIN HFA 108 (90 BASE) MCG/ACT inhaler | Inhale 2-4 puffs every 4 hours when sick/ as needed when well/ with spacer. | 2 Inhaler | 2 |

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • acetaMINOPHEN alcohol free (TYLENOL) susp 10 mg/kg | 10 mg/kg | Oral | Q 4 Hrs PRN |
| • albuterol HFA 108 (90 BASE) MCG/ACT (VENTOLIN HFA) inhaler 2 puff | 2 puff | Inhalation | Q 4 Hrs PRN |
| • amlodipine (NORVASC) tab 2.5 mg | 2.5 mg | Oral | 2 x Daily |
| • cloNIDINE (CATAPRES) tab 0.1 mg | 0.1 mg | Oral | 1 x Daily (HS) |
| • dextrose 5%-NaCl 0.45% infusion | | Intravenous | Continuous |
| • omeprazole (PRILOSEC OTC) EC tab NF 20 mg | 20 mg | Oral | 2 x Daily |
| • penicillin V potassium (VEETID) tab 250 mg | 250 mg | Oral | 2 x Daily (At Mealtime) |
| • prednisone (DELTASONE) tab 2.5 mg | 2.5 mg | Oral | 1 x Daily |
| • sulfamethoxazole-trimethoprim (BACTRIM) 400-80 MG per tab 1 tab | 1 tab | Oral | Q Mon, Wed, Fri |
| • tacrolimus cap 0.5 mg | 0.5 mg | Oral | 2 x Daily |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Azithromycin | OTHER |
| *Increases tacrolimis level* | |
| • Pantoprazole Sodium | TINNITUS |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Asthma | Paternal Grandmother | |
| • Gastrointestinal | Father | |
| *GER* | | |
| • Allergies/Asthma | Father | |
| *allergy to adhesive tape* | | |
| • Gastrointestinal | Other | |
| *paternal cousin, food allergies* | | |
| • Allergies/Asthma | Other | |
| *paternal cousin, asthma* | | |

**History**

**Social History**

| | | |
|---|---|---|
| • Marital Status: | Single | |
| Spouse Name: | N/A | |

| | Number of Children: | N/A |
|---|---|---|
| • | Years of Education: | N/A |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | Not on file |
| • Drug Use: | Not on file |
| • Sexually Active: | Not on file |

| Other Topics | Concern |
|---|---|
| • Not on file | |

**Social History Narrative**

*Lives in Hermansville, MI with mother, father, and brother. Pets: dog and hamster and fish.2nd grade 2011-2012 (homeschoolled).*

**Review of Systems:**

A complete review of systems was performed and is negative, except as indicated in history of present illness.

Patient Vitals for the last 2 readings.

| | Temp | Pulse | Resp | BP | SpO2 | O2 Device |
|---|---|---|---|---|---|---|
| 01/04/13 1943 | 37.4 °C (99.3 °F) | 108 | 24 | 107/80 mmHg | 94 % | Room Air |

No height on file.

The last  , the last
There is no height or weight on file to calculate BSA.
There is no height or weight on file to calculate BMI.

None

**Physical Exam:**
GEN: NAD, AO - talkative
HEENT: EOMI, PERRLA, neck supple without LAD
CV: RRR
CHEST: CTAB
ABD: mildly distended but soft, indicates tenderness in LLQ however not increased with palpation, no r/g, ostomy ppp
Ext: no CCE, ++DP
Skin: no rashes, no jaundice

**Recent Labs and Diagnostic studies**
none
none

**Assessment & Plan**

10 yo M with h/o multiorgan transplant with N/V
Unclear etiology at this time however with h/o sick contacts, suspicious for infectious etiology.
--Will start IVF at 1.5 maintenance
--Will bolus for low UOP. At this time, normal ostomy output. If increases, may require replacements.
--Will keep NPO except meds.
--Will check CBC, CMP, and tacrolimus tomorrow
--Will continue medications orally at this time.
--H/O HTN however SBP 100's currently - will start some of his medications tonight and add tomorrow if blood pressure is difficult to control.
--will check baseline KUB to evaluate bowel distention.
--Will continue inhalers.


Discussed with Dr. McCune. Agree with assessment.

Previous Versions
    01/05/13 0332 H&P addendum by Kasi R McCune, MD
    01/05/13 0328 H&P by Kasi R McCune, MD
    01/04/13 2114 H&P signed by Kasi R McCune, MD




Unofficial Copy




Printable Report


| Hospital Encounter | Austin M Wells (EPIC MRN: 51533857, PPD MRN: N/A, UWHC MRN: 1791077) DOB: 6/25/02, AGE at DOS: 10 year old, SEX: M |
|---|---|


D/C Summaries signed by Juan P Boriosi, MD at 01/31/13 1605

| Author: | Juan P Boriosi, MD | Service: | PEDIATRIC CRITICAL CARE | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 01/31/13 1605 | Note Time: | 01/08/13 1346 | Note Type: | D/C Summaries |
| Related Notes: | Original Note by: Angelia M Younglove, HIM filed at 01/31/13 1425 | | | | |

**UW Health**

Inpatient Discharge Summary
**PEDIATRIC CRITICAL CARE**

Dear Thomas Lamirand, MD
        Thank you for the opportunity to care for your patient, Austin Wells, at the
University of Wisconsin Hospital and Clinics/American Family Children's Hospital.
Briefly, Austin is 10 years old with history of gastroschisis multiple visceral organ
transplant 2004 (pancreas, liver,  small bowel ) who was brought to our hospital via
medflight form Michigan  With chief complaint of  gastrointestinal illness and
dehydration. unfortunately patient had cardiac arrest few hours after admission ,died
less than 24 hours after cardiac arrest. During that time he was on VA ECMO ,
suffered of severe neurologic Injury , along with multiorgan failure including  DIC ,
severe  Coagulopathy, hypotension despite multiple pressors.

**BRIEF OVERVIEW**

Admitting Provider: Anthony M D'Alessandro, MD
Discharging Provider: Boriosi , Juan    , MD
Primary Care Physician at Discharge: NOPCP, DECEASED None

Admission Date: 1/4/2013     Discharge Date: 01/6/2013

**Primary Discharge Diagnosis**
Cardio-pulmonary arrest

**Secondary Discharge Diagnoses**

Multiorgan failure , DIC , Severe neurologic injury , cardiac failure,  paraflu positive.

**Discharge Disposition**
Patient died approximately 24 hours after initial cardiac arrest during this
hospitalization.
Code Status at Discharge: Not applicable

**Active Issues Requiring Follow-Up**
Follow up Autopsy report
**Outpatient Follow-Up**
No future appointments.
**Lab Orders**
 **N/A**
**Radiology Orders**
 **N/A**
**Other Procedure Orders**
 parent give permission and consent for autopsy to be done.
**Test Results Pending at Discharge**

Pathology report of the autopsy.

**DETAILS OF HOSPITAL STAY**

**Presenting Problem/History of Present Illness**
Gastroenteritis  , dehydration , cardiac arrest

## Hospital Course

Austin is 10 years old with history of gastroschisis multiple visceral organ transplant 2004 (pancreas liver small bowel ) who was brought to our hospital via medflight form Michigan With chief complaint of gastrointestinal illness and dehydration. unfortunately patient had cardiac arrest few hours after admission ,died less than 24 hours after cardiac arrest. During that time he was on VA ECMO , suffered of severe neurologic injury , along with multiorgan failure including DIC, severe Coagulopathy, hypotension despite multiple pressors.

Few hours after admission patient had cardiac arrest and Cardiopulmonary resuscitated for 20 minutes while was on pediatric floor. patient then transferred to PICU . Placed on extracorporal membrane oxygenation . His clinical course didn't improve after VA ECMO.
patient had sever lactic acidosis on multiple inotropes drips but was still hypotensive. He had severe coagulopathy though he was not on heparin drip. He was in frank DIC with bleeding from nostrils , sites of EEG leads and cannulation sites. He required multiple blood products (platelets , cryoprecipitate and FFP) .
He had sever neurological injury , though he was not on any sedation medication , He had no response to verbal or painful stimuli . He had fixed dilated pupils bilaterally , no corneal or gag reflex. EEG with burst suppression pattern.
Infectious disease workup came positive for paraflu other wise was negative.

## Operative Procedures Performed
01/05/13 - ECMO

## Physical Exam at Discharge
Pulse: 92 (01/05/13 0235)
HR: 0 bpm (01/06/13 0035)
Resp: 0 (01/06/13 0035)
BP: 106/55 mmHg (01/05/13 2100)
Temp: 32.4 °C (90.3 °F) (01/06/13 0035)
Weight: 20.5 kg (45 lb 3.1 oz) (Simultaneous filing. User may not have seen previous data.) (01/04/13 2100)

**General:** patient was pronounced dead , patient is not responsive to verbal or painful stimuli , no heart beat or respiratory effort. Had oozing blood form nostrils , scalp at site of EEG leads, also at site of picc line and ECMO central lines.
**HEENT:** Pupils fixed and dilated bilaterally , no Corneal reflex. Et tube in place.
**Neck:** ECMO catheters in place on the right side of the neck
**Chest :** no heart activity or Respiratory effort
**Abdomen :** distended , hard to palpation. No bowel sounds. Multiple Scars on the abdomen form previous surgeries.
**Extremities:** cold peripheries, no peripheral pulsation.

## Cognitive Status at Discharge (per Nursing Documentation)
Level of Consciousness: Eyes do not open to any stimulus;Unresponsive (01/05/13 2200)

Orientation Level: Other (Comment) (UTA; pt intubated and unresponsive) (01/05/13 2200)
Cognition: Other (Comment) (UTA; pt intubated and unresponsive) (01/05/13 2200)
Speech and Communication: Intubated/Trached;Other (Comment) (unresponsive) (01/05/13 2200)

## DETAILED DISCHARGE RECOMMENDATIONS

**Diet Orders** N/A

**Fall Risk Status (per Nursing Documentation)** N/A
Does this patient require "High Fall Risk" precautions?: No (01/05/13 2200)
GRAF-PIF Total Score (Calculated): 2  (01/05/13 2000)

**Activity Orders :** N/A
**Medications :** N/A

We appreciate the opportunity to care for Austin Wells.  If you have any questions, please do not hesitate to contact us as outlined below.

**Post-Discharge Contacts**

- For questions regarding hospitalization or recommendations, please contact pediatric intensive care unit at american family children hospital.

- For urgent, physician-to-physician communications 24/7, please contact the UW Access Center at 800-472-0111


Kind Regards,
Dr. Boriosi ,Juan, MD

Discharge Summary Prepared By: Mohammed Hamzah, MD

I agree with the dc summary
Juan Boriosi, MD



1/31/2013 - the following addendum has been made to the note originally authored by Mohammed Hamzah, MD .  The discharge date was changed to accurately reflect the dates of service. This addendum does not become official until it is co-signed by the attending physician.

*Submitted by:  ANGELIA M YOUNGLOVE, HIM - 1/31/2013 - 2:25 PM*

Previous Versions
  01/31/13 1425 D/C Summaries addendum by Angelia M Younglove, HIM

01/18/13 2223 D/C Summaries addendum by Juan P Boriosi, MD
01/18/13 0856 D/C Summaries addendum by Mohammed Hamzah, MD
01/16/13 1653 D/C Summaries addendum by Juan P Boriosi, MD
01/16/13 1436 D/C Summaries signed by Mohammed Hamzah, MD

**Unofficial Copy**

DENIAL LETTER - 5/23/2013 - BJC104



*MRN 1791077*
*Acct 3239134*

April 15, 2013

University of Wisconsin Hospital & Clinics
Attn: Jerald A. Collins, RN
600 N. Highland Avenue
Madison, WI 53792

RE:     Member Name:        Austin M. Wells
        Member ID#:         0020101918
        Facility name:      University of Wisconsin Hospital
        Date of service:    01/04/13 – 01/06/13
        Initial decision:   Technical Denial – Notification not received timely
        Notification Date:  01/09/13

Dear Mr. Collins:

This is to notify you that an appeal review has been completed on the inpatient services listed above. The original determination on this case has been *upheld* based on the following reasons:

Upper Peninsula Health Plan (UPHP) requires notification of all emergent/urgent admissions within 1 business day of admission as outlined in the UPHP Policy #300-305; Utilization Management Process. The member was admitted on 01/04/13. UPHP did not receive notification until 01/09/13. The patient has been a member since 10/01/12 with no break in coverage.

All appeal determinations are final. Technical denials are not subject to review for medical necessity. If you have any questions, please contact UPHP Customer Service Department toll free at 1-800-835-2556.

Sincerely,

Administrative Review Panel
Upper Peninsula Health Plan

kc/ls/bv



EXHIBIT
B

*228 West Washington Street • Marquette, MI 49855 • 906-225-7500 • 888-904-7526 • (Fax) 906-225-7690 • www.uphp.com*