## NEUBERGER, WAKEMAN, LORENZ, GRIGGS & SWEET

ATTORNEYS AND COUNSELORS AT LAW
136 HOSPITAL DRIVE
WATERTOWN, WISCONSIN 53098-3338
Telephone: (920) 261-1630; Fax: (920) 261-0339

*Serving South Central Wisconsin since 1922*

*George L. Neuberger, Jr.*
*Andrew R. Griggs*
*Mark S. Sweet*
*Jay S. Smith*
~~~
*Tiffany L. Highstrom*
*Nicole N. Schrier*
*Jonathan P. Longfield*
~~~
*Carol M. Lorenz*
*John A. Neupert*
*Thomas O. Wakeman*
  *Of Counsel*

*Lake Mills Office:*
*122 E. Lake Street*
*P.O. Box 190*
*Lake Mills, WI 53551*
*Ph.: (920) 648-8381*
*Fax: (920) 648-5636*

*Waterloo Office:*
*144 W. Madison Street*
*Waterloo, WI 53594*
*Ph.: (920) 478-9800*
  *or (920) 478-2101*

December 4, 2013
**VIA ELECTRONIC FILING ONLY**

U.S. Magistrate Judge Stephen L. Crocker
U.S. District Court, Western District of Wisconsin
120 North Henry Street, Rm 320
Madison, WI 53703

RE:   NOTICE OF SETTLEMENT
      University of Wisconsin Hospital and Clinics, Inc. v. Upper Peninsula Health Plan, LLC
      3:13-cv-00667-wmc

Dear Magistrate Crocker:

This letter is to inform you that the parties in the above-referenced case have reached a settlement. The parties will circulate a written agreement and file the same with the Court as soon as possible.

Pursuant to the Court's text only order, docket number 15, this serves as the parties response to the Court. As such, the Plaintiff will not be filing a response to the pending motion to dismiss and the Court does not have to set a new preliminary pretrial conference date.

Very truly yours,

NEUBERGER, WAKEMAN, LORENZ
GRIGGS & SWEET

By       /s/ Mark S. Sweet
         Mark S. Sweet
         Attorney

MSS/sb
Cc:   Attorney Richard Hillman
      Attorney Ray Littleton, II
      Attorney Heather Gatewood