THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS, INC., a Wisconsin Non-Profit Corporation, | Civil Action No.3:13-cv-00667-slc |
| | Magistrate Judge Stephen L. Crocker |
| Plaintiff, | Dane County Circuit Court, Br. 18 Case No. 13CV2631 |
| v | Hon. Rhonda L. Lanford |
| UPPER PENINSULA HEALTH PLAN, LLC, a Michigan Limited Liability Company, | |
| Defendant. | |

Mark S. Sweet (SB No. 1019001)
Neuberger, Wakeman, Lorenz, Griggs & Sweet
Attorneys for Plaintiff
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630

Richard L. Hillman (SB No. 1013512)
Ray H. Littleton II (SB No. 1050081)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant
313 South Washington Square
Lansing, MI 48933
(517) 371-8129

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED, by and between the parties, that the above captioned

litigation be dismissed with prejudice and without costs to either party.

AGREED:

Neuberger, Wakeman, Lorenz, Griggs & Sweet

BY: Mark S. Sweet (SB No. 1019001)
Neuberger, Wakeman, Lorenz, Griggs & Sweet
Attorneys for Plaintiff
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630

AGREED:

Foster Swift Collins & Smith PC

BY: Ray H. Littleton II (SB No. 1050081)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant
313 South Washington Square
Lansing, MI 48933
(517) 371-8129