THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN HOSPITAL
AND CLINICS, INC.,
a Wisconsin Non-Profit Corporation,

Plaintiff,

v

UPPER PENINSULA HEALTH PLAN, LLC,
a Michigan Limited Liability Company,

Defendant.

Civil Action No.3:13-cv-00667-slc

Magistrate Judge Stephen L. Crocker

Dane County Circuit Court, Br. 18
Case No. 13CV2631

Hon. Rhonda L. Lanford

---

Mark S. Sweet (SB No. 1019001)
Neuberger, Wakeman, Lorenz, Griggs &
Sweet
Attorneys for Plaintiff
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630

Richard L. Hillman (SB No. 1013512)
Ray H. Littleton II (SB No. 1050081)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant
313 South Washington Square
Lansing, MI 48933
(517) 371-8129

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY STIPULATED, by and between the parties, that the above captioned litigation be dismissed with prejudice and without costs to either party.

AGREED:

Neuberger, Wakeman, Lorenz, Griggs &
Sweet

*/s/ Mark S. Sweet*

BY: Mark S. Sweet (SB No. 1019001)
Neuberger, Wakeman, Lorenz, Griggs &
Sweet
Attorneys for Plaintiff
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630

AGREED:

Foster Swift Collins & Smith PC

*/s/ Ray H. Littleton II*

BY: Ray H. Littleton II (SB No. 1050081)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant
313 South Washington Square
Lansing, MI 48933
(517) 371-8129